■ ERI·AL HOLDING CORP., Respondent, v SALVATORE F. CATALANOTTO et al., Appellants, et al., Defendants.—In an action, *inter alia,* to foreclose a mortgage on real property, five of the defendants appeal from (1) an order of the Supreme Court, Suffolk County, dated September 20, 1978, which, *inter alia,* granted plaintiff's motion for summary judgment, and (2) a decision of the same court, dated June 19, 1978, upon which the order is based. Appeal from decision dismissed. No appeal lies from a decision. Order reversed, and motion for summary judgment denied. Appellants are awarded one bill of $50 costs and disbursements. In our opinion the record presents issues of fact which can be resolved only upon a trial. Mollen, P. J., Damiani, Lazer and Margett, JJ., concur.